IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Benjamin, Georgia E | Case Number: 06 B 12546 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,053.65 | |
| Secured: | | 5,652.68 |
| Unsecured: | | 1,679.37 |
| Priority: | | 3,987.22 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 724.43 |
| Other Funds: | | 9.95 |
| Totals: | 14,053.65 | 14,053.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 17,316.78 | 5,652.68 |
| 4. | Internal Revenue Service | Priority | 3,987.22 | 3,987.22 |
| 5. | Loan Express Company | Unsecured | 400.48 | 50.41 |
| 6. | Vativ Recovery Solutions LLC | Unsecured | 472.51 | 59.63 |
| 7. | Peoples Energy Corp | Unsecured | 871.74 | 110.02 |
| 8. | Internal Revenue Service | Unsecured | 74.80 | 0.00 |
| 9. | Beneficial | Unsecured | 11,562.92 | 1,459.31 |
| 10. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 11. | Crossing Pointe | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | First National Bank | Unsecured | | No Claim Filed |
| 14. | Account Recovery Service | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | US Employees Credit Union | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,686.45 | $ 13,319.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 271.37 |
| 5.4% | 453.06 |
| | _____ |
| | $ 724.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Benjamin, Georgia E | Case Number:  06 B 12546 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  10/3/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

